IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:02CR3151 |
| ISAAC W. KUCERA, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Review Detention, filing 49. This Court, being fully advised in the premises and noting that the government and Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal for transportation by the Federal Defender's Office directly to the NOVA's in-patient substance abuse short term treatment program on April 16, 2008, at 12:30 p.m. Mr. Kucera is ordered to immediately report to the United States Probation Office upon his successful or unsuccessful discharge from NOVA.

All other conditions of Mr. Kucera's supervised release, not inconsistent with this Order, shall remain in effect.

Dated this 9th day of April, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge