IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:02CR3151 |
| ISAAC W. KUCERA, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Motion to Continue Disposition Hearing, filing 65, now set for November 10, 2008, at 12:00 noon, until a date certain in approximately 30 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 11th day of December, 2008, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 6th day of November, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge