IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISAAC W. KUCERA,<br><br>    Defendant. | 4:02CR3151<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 90), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at The Arch and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Arch facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall be transported to The Arch by the Federal Public Defender's Office to arrive there by Monday, September 16, 2013, at 11:00 a.m.

4) By no later than 9:30 a.m. on September 16, 2013, the Marshal shall have the defendant present in the Lincoln Federal Building, and shall release the defendant to the Federal Public Defenders Office for transport to The Arch.

September 13, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge